**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREANA WINTER,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>         Defendants. | Case No. 1:21-cv-01194-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 3) |

Plaintiff Andreana Winter is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 10, 2021, the Court directed Plaintiff to either pay the $402.00 filing fee or submit a completed application to proceed in forma pauperis.  (ECF No. 3.)  Plaintiff has not responded to the Court's order and the time to do so has expired.  Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order.  Plaintiff's failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **October 5, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1