UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREANA WINTER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01194-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(ECF No. 9) |

　　　　Plaintiff Andreana Winter is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 10, 2022, the Magistrate Judge issued Findings and Recommendations recommending that the instant action be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.  (ECF No. 9.) These Findings and Recommendations were served on the parties and contained notice that objections were to be filed within fourteen days.  (*Id*.)  Plaintiff has not filed objections and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on January 10, 2022 (Doc. No. 9), are adopted in full;
2. The instant action is dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order;
3. The Clerk of Court is directed to terminate this action.

IT IS SO ORDERED.

Dated: February 28, 2022

SENIOR DISTRICT JUDGE